UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:20-CR-83-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOAH CRAVEN | **MOTION TO CONTINUE ARRAIGNMENT** |

NOW COMES Defendant Boah Craven, by and through undersigned counsel, and moves this Court to continue the arraignment in this matter for at least 30 days, or until the next term suitable to the Court.

In support of this motion, Mr. Craven shows the Court the following:

1. This is the second motion to continue the arraignment in this matter.

2. Arraignment in this matter is currently scheduled for February 2, 2021 at 1:30 PM.

3. Defendant has executed a plea agreement with the United States. Defendant is at liberty, gainfully employed, and in full compliance with the conditions of his release.

4. Counsel for Defendant has accepted a position on the defense team handling the pending impeachment trial of former President Trump before the United States Senate. As such, counsel is obliged to spend roughly then next month

in Washington, DC focused entirely and exclusively on that matter of historical and Constitutional significance. A delay of the Craven arraignment would graciously afford counsel opportunity to address both matters.

5. Counsel has addressed this matter with the assigned Assistant United States Attorney and she has no objection to the Motion.

WHEREFORE, Defendant Craven moves this Court to continue the arraignment in this matter for at least 30 days or until the next term suitable to the Court.

This the 27th day of January, 2021.

/s/ Joshua Howard
Joshua Howard
NC Bar No. 26902
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jhoward@ghz-law.com
Counsel for Defendant
Appointed

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION through the electronic service function of the Court's electronic filing system, as follows:

Barbara D. Kocher
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
barb.kocher@usdoj.gov

This the 27th day of January, 2021.

/s/ Joshua Howard
Counsel for Defendant
Appointed