UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:20-CR-83-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOAH CRAVEN | **ORDER** |

This matter is before the Court on the Defendant's motion to continue arraignment in the above captioned matter. For good cause shown, the motion is GRANTED and the arraignment in the matter is continued until _____.

The period of time occasioned by this continuance is excluded from Speedy Trial Act calculations on the grounds that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

This the \_\_\_\_\_ day of _____, 2021.

_____
The Honorable Louise Wood Flanagan
United States District Judge